LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MOUSTAFA METWALLY ) | No.  EDCV 12-00429 RZ |
| ) | |
|     Plaintiff, ) | <u>ORDER AWARDING EAJA FEES</u> |
| ) | |
|     v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner Of Social Security, ) | |
| ) | |
|     Defendant. ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($4,500.00). ~~subject to the terms of the stipulation.~~

    DATE:  November 30, 2012   _____

                              HON. RALPH ZAREFSKY
                          UNITED STATES MAGISTRATE JUDGE