LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MOUSTAFA METWALLY, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner Of Social Security, <br><br> Defendant. | No. EDCV 12-00429 RZ <br><br> <u>ORDER AWARDING EAJA FEES</u> |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($4,500.00). ~~subject to the terms of the stipulation.~~

DATE:  November 30, 2012   _____

                                      HON. RALPH ZAREFSKY
                                      UNITED STATES MAGISTRATE JUDGE